**Electronically Filed
Supreme Court
SCWC-17-0000568
19-MAR-2020
03:52 PM**

SCWC-17-0000568 & SCWC-17-0000612

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MARY ANN McANDREW, Individually and as Trustee of the
Mary Ann McAndrew Revocable Living Trust dated March 11, 2005,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

ASSOCIATION OF APARTMENT OWNERS OF KUAPA ISLE,
an unincorporated condominium association, by its Board of
Directors; GERRY BOGERT; GARRY BRECHIN; JIM DITTMAR;
MARK ELWELL; HOWARD TOCMAN; and FRED WONG,
Respondents/Defendants-Appellees/Cross-Appellants.

_____

ASSOCIATION OF APARTMENT OWNERS OF KUAPA ISLE, an unincorporated
condominium association, by its Board of Directors,
Respondent/Plaintiff-Appellee,

vs.

MARY ANN McANDREW, Individually and as Trustee of the
Mary Ann McAndrew Revocable Living Trust dated March 11, 2005,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000568, CAAP-17-0000612 (CONSOLIDATED))
(CIV. NOS. 16-1-1638, 14-1-1550; S.P. NO. 16-1-0326)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner's Application for Writ of Certiorari, filed on January 24, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 19, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

